**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Adlen Ermekov

                 Plaintiff,

v.                                    Case No.: 1:26–cv–09061

                                    Honorable Jorge L. Alonso

Sam Olson, et al.

                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 31, 2026:

      MINUTE entry before the Honorable Jorge L. Alonso: At [9], Respondents concede that Petitioner has been detained improperly under Cirrus Rojas v. Olson, No. 25–3127 (7th Cir. July 30, 2026). Also at [9], Respondents argue that Petitioner should have exhausted his remedies by seeking a bond hearing before the immigration court. But "exhaustion will be excused [] where appealing through the administrative process would be futile because the agency is biased or has predetermined the issue.&qu;ot; Ramirez Martinez v. Noem, 813 F. Supp. 3d 837, 844 (N.D. Ill. 2025) (citations omitted). Petitioner filed his motion on the same day that Cirrus Rojas was decided by the Seventh Circuit. As such, leading up to when Petitioner filed his motion, it would have been futile for Petitioner to seek a bond hearing. See id. The Court thus grants Petitioner's petition [1] for a writ of habeas corpus. The Court orders Petitioner's immediate release. The Court further orders that Respondents provide Petitioner with a bond hearing within 14 days, at which Respondents will have the burden to show by clear and convincing evidence that Petitioner poses a danger to the community or poses a risk of flight such that detention is necessary. The Court enjoins Respondents from denying bond on the basis that 8 U.S.C. § 1225(b)(2) applies to him. Civil case is terminated with full leave to reinstate by Petitioner if Respondents fail to comply with this order. Mailed notice(lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.